UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WHITNEY REYES,

                          Plaintiff,

          -against-

UNITED STATES OF AMERICA,

                          Defendant.

------------------------------------------------------------------X

**19-cv-05325-KHP**

**ORDER CONVERTING STATUS CONFERENCE TO TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Status Conference in this matter scheduled for **Tuesday, March 10, 2020 at 3:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

      **SO ORDERED.**

DATED:    New York, New York
               March 10, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge