UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WHITNEY REYES,

                 Plaintiff,                19 **CIVIL** 5325 (KHP)

    -against-                    **JUDGMENT**

UNITED STATES OF AMERICA,

                 Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 26, 2021, Defendant's motion for summary judgment is granted.

**Dated:**  New York, New York
          April 27, 2021

                                        **RUBY J. KRAJICK**
                                             Clerk of Court
                   **BY:**
                                              **Deputy Clerk**